1  GILBERT, KELLY, CROWLEY & JENNET LLP
   JEFFREY L. CRAFTS (SBN: 079913)
2  BARBARA J. MANDELL (SBN: 106523)
   333 City Boulevard West, Suite 1600
3  Orange, California 92868
   Telephone:  (714) 541-5000
4  Facsimile:  (714) 541-0670

5  Attorneys for Defendant
   **LEADER INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C01-3297VRW

| | |
|---|---|
| **KARYN OSBORN,** | CASE NO. ~~CV03297VRW~~ |
| Plaintiff, | Assigned to The Honorable Vaughn Walker |
| vs. | |
| **LEADER INSURANCE COMPANY, et al.,** | STIPULATION FOR WITHDRAWAL OF UNDERTAKING ON APPEAL AND ORDER RELEASING SURETY; ~~[PROPOSED]~~ ORDER |
| Defendants. | |

COPIES MAILED TO SUBMITTING COUNSEL

1

The parties, through their counsel, agree to the following facts:

1. Plaintiff Karyn Osborn filed this lawsuit against Leader Insurance Company (Leader).

2. Following a jury trial, the district court entered a money judgment against Leader and in favor of Karyn Osborn.

3. Leader appealed from the judgment to the United States Court of Appeals for the Ninth Circuit (Case No. 03-17315).

4. To stay enforcement of the judgment during the appeal, on January 8, 2004, Leader filed an Application for Approval of Undertaking on Appeal, attaching an undertaking by The Great American Insurance Company executed on January 7, 2004.

5. The district court approved the undertaking on March 10, 2004.

6. The Ninth Circuit affirmed the judgment, which was then satisfied by Leader.

7. Leader filed a Satisfaction of Judgment in the district court on May 27, 2005.

The parties, through their counsel, further agree:

1. Now that the judgment has been satisfied, the undertaking by The Great American Insurance Company filed in this matter on behalf of Leader may be withdrawn from the district court files and delivered to counsel for Leader.

2. The Great American Insurance Company may be released from liability on the undertaking it filed on behalf of Leader.

/ / /

1      3.    No substitute surety is required.

Dated: June 22, 2005

**GILBERT, KELLY, CROWLEY & JENNET LLP**
JEFFREY L. CRAFTS
BARBARA J. MANDELL

By *[signature]*
   Barbara J. Mandell

Attorneys for Defendant
**LEADER INSURANCE COMPANY**

Dated: June ___, 2005

**MICHEL & FACKLER**
MICHAEL D. MICHEL

By _____
   Michael D. Michel

Attorneys for Plaintiff
**KARYN OSBORN**

3. No substitute surety is required.

Dated: June ___, 2005                    **GILBERT, KELLY, CROWLEY &**
                                         **JENNET LLP**
                                         JEFFREY L. CRAFTS
                                         BARBARA J. MANDELL


                                         By _____
                                              Barbara J. Mandell

                                         Attorneys for Defendant
                                         **LEADER INSURANCE COMPANY**


Dated: June **22**, 2005                 **MICHEL & FACKLER**
                                         MICHAEL D. MICHEL


                                         By _____
                                              Michael D. Michel

                                         Attorneys for Plaintiff
                                         **KARYN OSBORN**

3

## ORDER

IT IS ORDERED that the undertaking by The Great American Insurance Company on behalf of defendant Leader Insurance Company, filed January 8, 2004 and approved by this court on March 10, 2004, shall be withdrawn from the court files and delivered to counsel for Leader Insurance Company.

IT IS FURTHER ORDERED that The Great American Insurance Company is released from liability on the undertaking filed on behalf of Leader Insurance Company.

DATED: 0 6 JUL 2005

**VAUGHN R. WALKER**
Judge of the District Court

## PROOF OF SERVICE BY MAIL

1. I am employed in the County of Los Angeles, State of California and over the age of eighteen years. I am not a party to the within action. My business address is 15760 Ventura Boulevard, 18th Floor, Encino, California 91436.

2. I served the document(s) listed below by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, addressed as follows:

Date Served:  June 29, 2005

Document Served:  STIPULATION FOR WITHDRAWAL OF UNDERTAKING ON APPEAL AND ORDER RELEASING SURETY; [PROPOSED] ORDER

Parties Served:

| | |
|---|---|
| Michael D. Michel, Esq.<br>Michel & Fackler<br>A Professional Corporation<br>Watergate Office Towers<br>2000 Powell Street, Suite 1000<br>Emeryville, California 94608 | Attorneys for Karyn Osborn |
| Hon. Vaughn R. Walker<br>United States District Court<br>Northern Division of California<br>450 Golden Gate Avenue, Dept. 6<br>San Francisco, California 94102-3483 | Case No. CV03297VRW |

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Encino, California on the aforesaid date.

[ ]   (State)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on _____ at Encino, California.

[X]   (Federal)   I declare under penalty of perjury that the foregoing is true and correct, that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that this declaration was executed on June 29, 2005, at Encino, California.

*Millie Gandola*
Millie Gandola